IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, William T

Printed: 10/14/08

Case Number: 06 B 15900
Judge: Goldgar, A. Benjamin
Filed: 12/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 2, 2008
Confirmed: January 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,756.01 |  |
| Secured: |  | 2,600.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,844.27 |
| Trustee Fee: |  | 311.74 |
| Other Funds: |  | 0.00 |
| Totals: | 5,756.01 | 5,756.01 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,493.00 | 2,321.60 |
| 2. | Robert J Semrad & Associates | Administrative | 1,210.00 | 522.67 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Condor Capital Corp | Secured | 14,823.98 | 2,600.00 |
| 5. | EMC Mortgage Corporation | Secured | 6,994.10 | 0.00 |
| 6. | B-Line LLC | Unsecured | 922.61 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 27,151.70 | 0.00 |
| 8. | Credit Union One | Unsecured | 923.91 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 259.95 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 125.86 | 0.00 |
| 11. | Paragon Way Inc | Unsecured | 445.00 | 0.00 |
| 12. | Midland Credit Management | Unsecured | 477.83 | 0.00 |
| 13. | B-Line LLC | Unsecured | 716.87 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 364.79 | 0.00 |
| 15. | Condor Capital Corp | Unsecured | 2.67 | 0.00 |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 20. | Novus Financial | Unsecured |  | No Claim Filed |
| 21. | ER Solutions | Unsecured |  | No Claim Filed |
| 22. | Allied International Credit | Unsecured |  | No Claim Filed |
|  |  |  | $ 56,912.27 | $ 5,444.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, William T | Case Number:  06 B 15900 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/14/08 | Filed:  12/4/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 45.60 |
| 5.4% | 227.14 |
| 6.5% | 39.00 |
| | _____ |
| | $ 311.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

